Kelso v. Ely *et al.*

1. FINDING OF FACTS. The Supreme Court will not review a finding of facts by the court below, on the evidence, when no exceptions were taken to such finding, and no motion made for a new trial.

*Appeal from Marion District Court.*

MONDAY, APRIL 15.

ACTION for the recovery of real property. The cause was tried by the court, and upon the facts found and made of record judgment was rendered for defendants. The plaintiff appeals.

*J. E. Neal* for the appellant.

*Rice, Myers & Rice* and *J. Matthews* for the appellees.

BALDWIN, J.—No exceptions were taken to the special

finding of the court upon the evidence. The plaintiff appeals from the conclusion of the court upon the evidence, and asks this court to say that such finding was wrong. No motion for a new trial was made so as to bring the errors assigned before us for our determination. Upon the authority of Pace v. Warner, 10 Iowa 391, this judgment should be affirmed. See also Corner & Co. v. Gaston, Ib. 512.

Affirmed.